Adrian ROBINSON, Plaintiff–
Appellant,

v.

Barack OBAMA, President of the United States; Leon Penetta, C.I.A. Director; Janet Napolitanio, Head of Homeland Security, Defendants–Appellees.

No. 11–7089.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 23, 2011.

Adrian Robinson, Appellant pro se.

Before KING, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Robinson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C.

§ 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court and deny Robinson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*